## EL PUEBLO v. LÓPEZ.

### Apelación procedente de la Corte de Distrito de

### Ponce.

No. 14. Resuelto en Mayo 25, 1905.

APELACIÓN.—ERRORES MANIFIESTOS.—Si de los autos no apareciere que se hubiera cometido algún error que justifique la revocación de la sentencia apelada, ésta debe ser confirmada.

EL JUEZ ASOCIADO SR. FIGUERAS, emitió la opinión del Tribunal.

En esta causa no hay pliego de excepciones ni informe con respecto á los hechos. Onofre López y José López fueron acusados el siete de Noviembre de 1904 por el

delito de asesinato en primer grado cometido en la persona de Luis Ramos de acuerdo con las secciones 199, 200, 201 y 202 del Código Penal. Dichos acusados negaron la acusación y fueron juzgados por Jurado que pronunció veredicto declarando culpable del delito de asesinato en segundo grado á Onofre López é inocente á José López y el 22 de Diciembre de 1904 fué condenado Onofre López á la pena de veinte años de presidio en el Departamental de la Isla, con trabajos forzados, y al pago de las costas de esta causa. Apeló Onofre López de esta sentencia pero no estuvo representado en esta Corte Suprema por abogado alguno, y el Fiscal impugnó el recurso por escrito y oralmente en el acto de la vista.

Nada aparece de los autos tendente á demostrar que ha sido privado de los derechos que todo acusado tiene según la Ley y por consiguiente debe confirmarse con las costas la sentencia pronunciada por la Corte de Ponce.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández, MacLeary y Wolf.